IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-111-FL-1
No. 7:13-CV-12-FL

| | | |
|---|---|---|
| JONATHAN BLAKE LOGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court pursuant to motion for consent scheduling order. (DE 450). The court finds the schedule proposed and set forth below fair and reasonable. Accordingly it is ORDERED that:

1. On or before September 15, 2014, respondent will file the answers to the interrogatories presented by the court (DE 68 at 8-9) and materials in response to the court's question regarding the custodial status of petitioner between November of 2009 and February 19, 2010.

2. On or before October 13, 2014, petitioner may file a response admitting or denying correctness of respondent's answers and materials, along with the correctness of materials submitted in respondent's filing on July 17, 2014.

3. The parties may file supplemental briefs in response to these filings on or before November 13, 2014. The briefs shall not exceed twenty (20) double-spaced pages.

4. The parties may file (but are not required to file) one reply to the other side's brief on or before December 4, 2014. The reply briefs shall not exceed ten (10) double-spaced pages.

SO ORDERED, this the 1st day of August, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge

2