UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-111-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN BLAKE LOGAN | ORDER TO SEAL |

On motion of the Petitioner, Jonathan Blake Logan, and for good cause shown, it is hereby ORDERED that [DE 73 and DE 74] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 11th day of March, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge