IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-111-FL
No. 7:13-CV-12-FL

| | |
|---|---|
| JONATHAN BLAKE LOGAN, | ) |
| Petitioner, | ) |
| v. | ) ORDER TO FILE UNDER SEAL |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter coming before the court for consideration, it is hereby

ORDERED that the Motion to Seal Respondent's Supplemental Brief [D.E. 78] be allowed.

This __11th__ day of March, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge