UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-0111-FL
7:13-CV-0012-FL

| | |
|---|---|
| JONATHAN BLAKE LOGAN,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | **ORDER TO SEAL** |

On motion of the Office of the Federal Public Defender, and for good cause shown, it is hereby ORDERED that [DE 82] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 11th day of March, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge